B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor PATRICA M. BEWLEY | Case Number 04-19383 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Allied Interstate | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent Allied Interstate Credit Card Division PO Box 1471 Minneapolis, MN 55440 Telephone number 1471 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: 1081 | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated _____ | |

| 1. Basis for Claim | | | |
|---|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Services performed | ☐ Taxes | | Last four digits of your SS # _____ |
| X Money loaned | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) | | Unpaid compensation for services performed From _____ to _____ (date) (date) |
| | ☐ Other _____ | | |

| 2. Date debt was incurred: 2/99 | 3. If court judgment, date obtained: |
|---|---|

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed.
See reverse side for important explanations.

| Unsecured Nonpriority Claim $7,281.71 | Secured Claim |
|---|---|
| ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority. | ☐ Check this box if your claim is secured by collateral (including a right of setoff). Brief Description of Collateral ☐ Real Estate ☐ Other _____ ☐ Motor Vehicle |
| Unsecured Priority Claim | Value of Collateral: $ _____ |
| ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority. Amount entitled to priority $ _____ | Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ |
| Specify the priority of the claim: | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7). |
| ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B) | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). |
| ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). | ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__) |
| ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

5. Total Amount of Claim at Time Case Filed: $7,281.71 _____ _____ 7,281.71
   (unsecured) (secured) (priority) (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim *claim is filed by debtor's trustee based on information in debtor's schedules. | |
| Date 6/29/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Mark J. Schlant, as Trustee |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.